Richard G. Grotch, Esq. – SBN 127713
Gina J. Allendorf, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GILLEN COSTELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES INC.,<br><br>  Defendant. | Case No.  C 11-3039 MEJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRANSFER OF THIS ACTION TO THE EASTERN DISTRICT OF NEW YORK   [28 U.S.C. § 1404(a)] |

WHEREAS defendant AMERICAN AIRLINES, INC. ("American") has moved, pursuant to 28 U.S.C. § 1404(a), to transfer this case to the United States District Court for the Eastern District of New York ("Eastern District of New York") (ECF Dkts. 21-23); and

WHEREAS plaintiff CAROL GILLEN COSTELLO ("Costello") does not oppose transfer of the case to the Eastern District of New York;

///

///

///

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

1

IT IS HEREBY STIPULATED, by and between American and Costello, through their respective attorneys of record, that this Court favorably consider entering an order transferring the case to the Eastern District of New York for all further proceedings.

Dated:  November 2, 2011                         JAMES R. GILLEN, P.C.

/s/ *James R. Gillen*

By: _____
  James R. Gillen
  Attorneys for Plaintiff
  Carol Gillen Costello

Dated:  November 2, 2011                         CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
  Richard G. Grotch (*)
  Attorneys for Defendant
  American Airlines, Inc.

(*)   I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that this case be transferred to the United States District Court for the Eastern District of New York.  When this order becomes final, the Clerk of the Court shall close the file.

Dated: November _4_, 2011

_____
Honorable Maria Elena James
United States Chief Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

2